UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA GRAY,

       Plaintiff,                          CASE NO.: 08-12882
                                              HON. PATRICK J. DUGGAN
v.                                           MAG/JUDGE MICHAEL HLUCHANIUK

CITY OF LINCOLN,

       Defendant.
_____

| **LEONARD KRUSE, P.C.** | **PLUNKETT COONEY** |
|---|---|
| KELLY A. KRUSE  (P45538) | AUDREY J. FORBUSH  (P41744) |
| NORBERT B. LEONARD (P40056) | Attorney for Defendant |
| Attorney for Plaintiff | Plaza One Financial Center |
| 4190 Telegraph Road – Suit 3500 | 111 E. Court Street – Suite 1B |
| Bloomfield Hills, MI  48302 | Flint, MI  48502 |
| kkkrusepc@leonardkruse.com | aforbush@plunkettcooney.com |
| (248) 594-7500 | (810) 342-7014 / (810) 342-7006 |

_____

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of action be dismissed with prejudice, and without costs, interest or attorney fees to either party.


By ***s/Kelly A. Kruse (w/consent)***            By ***s/Audrey J. Forbush***
   KELLY A. KRUSE  (P45538)                         AUDREY J. FORBUSH  (P41744)
   Attorney for Plaintiff                                       Attorney for Defendant

## ORDER OF DISMISSAL

At a session of said Court, held in the United States District Court for the Eastern District of Michigan, Southern Division, on: June 24, 2009.

**PRESENT: THE HON. PATRICK J. DUGGAN**
                 **U.S. District Court Judge**

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause be and is hereby dismissed with prejudice, and without costs, interest or attorney fees to either party.

This resolves the last pending claims in this matter and closes the case.

**IT IS SO ORDERED.**


        **s/Patrick J. Duggan**
        **Patrick J. Duggan**
        **United States District Judge**

**Dated: June 24, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on June 24, 2009, by electronic and/or ordinary mail.**

        **s/Marilyn Orem**
        **Case Manager**